IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JUDE D. FERRELL                                                                                      PLAINTIFF

vs.                                              Civil No. 2:20-cv-02186

COMMISSIONER, SOCIAL                                                                      DEFENDANT
SECURITY ADMINISTRATION

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 1st day of July 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE